IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Michael Q.,<br><br>  Plaintiff,<br><br>vs.<br><br>SelectHealth et al,<br><br>  Defendants. | ORDER OF RECUSAL<br><br><br>Case No. 2:21-cv-00766-DAK |

  I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

  DATED this __3rd__ day of January, 2022.

             BY THE COURT:

             _____
             Dale A. Kimball
             United States District Judge