THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL Q., individually and on behalf of M.Q., a minor,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SELECTHEALTH, and SELECT MED PLUS MEDICAL PLAN,<br><br>　　　　　Defendants. | **ORDER OF RECUSAL**<br><br>2:21-cv-00766<br><br>District Judge David Barlow |

　　　　I recuse myself in this case and ask that the appropriate assignment card for equalization be drawn by the clerk's office.

　　　　Dated January 3, 2022.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David Barlow
　　　　　　　　　　　　　　　　United States District Judge