FILED
2022 JAN 5 AM 11:06
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

\* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| Q., | ) | Civil No. 2:21-CV-00766 |
| Plaintiff, | ) | |
| | ) | **ORDER OF RECUSAL** |
| vs. | ) | |
| | ) | |
| SELECTHEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\* \* \* \* \* \* \* \* \*

I recuse myself in this case and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this 5th day of January, 2022.

BY THE COURT:

Bruce S. Jenkins
United States Senior District Judge